THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of NATHAN ELKIN, Respondent, v. THOMPSON & POTTER, INC., Appellant.— Judgment unanimously reversed and the information dismissed, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NETTY GIUBILARO, Appellant, Respondent, v. FEDERAL NUT CO., INC., Respondent, Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

PETER GOLDENBERG, Appellant, v. THE CITY OF NEW YORK, Respondent, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LAND O'LAKES CREAMERIES, INC., Respondent, v. BEATRICE ZINN, Individually and as a Copartner with THEODORE AARON, Deceased, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SYLVESTER MAYERS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of ALICE W. LEVY, Individually and as One of the Successor Trustees under the Last Will and Testament of EDWARD A. WOLFFE, to Compel STANLEY WOLFFE, as Executor of BARTON WOLFFE, Deceased Surviving Executor and Trustee of the Estate of EDWARD A. WOLFFE, Deceased, to Account for the Acts of BARTON WOLFFE as Such Executor and Trustee. ALICE W. LEVY, Petitioner, Respondent; STANLEY WOLFFE, as Executor of BARTON WOLFFE, Deceased Executor and Trustee of the Estate of EDWARD A. WOLFFE, Deceased, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

RICHARD J. BARRY, Appellant, Respondent, v. THE CITY OF NEW YORK, Respondent, Appellant.— Orders unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HERMAN BRANDT, Respondent, v. WALTER E. GODFREY and Another, as Executors, etc., of ROBERT L. HAGUE, Deceased, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [177 Misc. 982.]

TILLIE FISHER and MICHAEL FISHER, Respondents, v. HERMAN GRAD, Appellant, Impleaded with Another, Defendant.— Judgment, so far as appealed from, and the order unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiffs stipulate to reduce the judgment as entered in favor of the plaintiff Tillie Fisher to the sum of $7,701.10, and the judgment as entered in favor of the plaintiff Michael Fisher to the sum of $2,000; in which event the judgment, as so modified, and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.